768

titioners. *Mr. Willis J. O'Brien* for respondent.

No. 668. DE JONG *v.* TIETSORT. March 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John James Ziska* for petitioner. *Mr. John J. Yowell* for respondent.

No. 672. REED ET AL. *v.* CHICAGO, NORTH SHORE & MILWAUKEE RAILROAD CO. March 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Vincent D. Wyman* for petitioners. *Mr. Addison L. Gardner* for respondent.

No. 674. HUMES *v.* HUDSPETH ET AL. March 1, 1943. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Arthur S. Humes, pro se.*

No. 597. McSPARRAN *v.* CITY OF PORTLAND. March 1, 1943. Petition for writ of certiorari to the Supreme Court of Oregon denied. *Mr. Hayden C. Covington* for petitioner. *Mr. Lyman E. Latourette* for respondent.

No. 615. KEEFE ET AL. *v.* UNITED STATES. March 1, 1943. Petition for writ of certiorari to the Court of Claims denied. *Mr. Ira Lloyd Letts* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Arnold Raum* and *Mrs. Eliz-*

*abeth B. Davis* for the United States.

Nos. 662 and 663. DEMPSEY, ADMINISTRATOR, *v.* GUARANTY TRUST Co. March 1, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Lewis E. Pennish* for petitioner. *Messrs. James P. Dillie* and *Otis T. Bradley* for respondent.

No. 665. METCALF, TRUSTEE IN BANKRUPTCY, *v.* UNITED STATES. March 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Norman A. Bailie* and *Richard A. Turner* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *J. Louis Monarch* for the United States.

No. 666. PAVLIS ET AL. *v.* JACKSON. March 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Fred T. Saussy* and *J. C. Davant* for petitioners.

No. 671. TOWN OF BELLEAIR *v.* GROVES ET AL. March 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. O. K. Reaves* for petitioner. *Messrs. Robert J. Pleus, Giles J. Patterson,* and *Stuart B. Warren* for respondents.

Nos. 677, 678, 679, and 680. HARBORSIDE WAREHOUSE Co., INC. *v.* JERSEY CITY ET AL. March 1, 1943. Petition